Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Scott D. Christenson,<br><br>Plaintiff<br><br>vs.<br><br>Champaign School District Unit #4,<br><br>Defendant | )<br>)<br>)<br>)<br>) Case Number: 14-2056<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendant and against plaintiff.    Parties to bear their own costs.

**Dated: June 21, 2016**

                                                                s/ Kenneth A. Wells
                                                                Kenneth A. Wells
                                                                Clerk, U.S. District Court